UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JTH TAX, INC., <br> d/b/a LIBERTY TAX SERVICE, <br><br> Plaintiff, <br><br> v. <br><br> CALLAHAN, JOHN, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : Case No. 2:12cv691 <br> : <br> : <br> : <br> : |

## MOTION TO SET ASIDE ENTRY OF DEFAULT

Defendant, John Callahan, ("Defendant") hereby moves for an order setting aside the Entry of Default entered by the clerk in this matter.  Defendant also requests that such order provide that Defendant shall have twenty-one (21) days from entry of such order to file and serve any responsive pleadings he deems necessary.  The bases for this motion are as set forth in the Memorandum in Support of Motion to Set Aside Entry of Default, filed contemporaneously herewith.

For these reasons, Defendant respectfully requests that this Honorable Court set aside the Entry of Default in this matter, and provide such other relief as is necessary and appropriate.

Respectfully submitted, <br>
JOHN CALLAHAN <br>
By Counsel

      /s/
Kara G. Jenkins, Esquire
Virginia Bar No. 75992
Counsel for Defendant John Callahan
KARA G. JENKINS LAW, P.C.
237 East Davis Street, Suite 200
Culpeper, VA 22701
Phone: (540) 825-7277
Fax:    (540) 825-7244
Email: kjenkins@kgjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    David A. Lindley, Jr., Esquire
    1716 Corporate Landing Parkway
    Virginia Beach, VA 23454
    david.lindley@libtax.com

      /s/
Kara G. Jenkins, Esquire
Virginia Bar No. 75992
Counsel for Defendant John Callahan
KARA G. JENKINS LAW, P.C.
237 East Davis Street, Suite 200
Culpeper, VA 22701
Phone: (540) 825-7277
Fax:    (540) 825-7244
Email: kjenkins@kgjlaw.com